**OPTIMUM SERVICES, INC., Appellant,**

v.

**John McHUGH, Secretary of the Army, Appellee.**

**No. 2014–1228.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2014.

Richard Goeken, Smith, Currie & Hancock LLP, of Washington, DC, argued for appellant. On the brief was Karl F. Dix, Jr., of Atlanta, Georgia.

Devin A. Wolak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of

Washington, DC, argued for appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Donald E. Kinner, Assistant Director.

DYK, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**